IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC CLYDE MARTINEZ,<br><br>Defendant. | CR 20-75-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, September 30, 2021 at 10:30 a.m., is **VACATED** and reset to commence on **Wednesday, October 13, 2021 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge